NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS

### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

RANDY JEROME HARRIS, *Petitioner*.

No. 1 CA-CR 22-0198 PRPC
FILED 11-22-2022

Petition for Review from the Superior Court in Maricopa County
No. CR0000-144541
The Honorable Laura M. Reckart, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Krista Wood
*Counsel for Respondent*

Randy Jerome Harris, Buckeye
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Jennifer M. Perkins, Judge James B. Morse Jr., and Judge Michael J. Brown delivered the decision of the Court.

---

**PER CURIAM**:

¶1        Petitioner Randy Jerome Harris seeks review of the superior court's order dismissing his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.  This is petitioner's fourth petition.

¶2        Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

¶3        We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, petition, and appendix.  Petitioner has not established an abuse of discretion.

¶4        For the foregoing reasons, we grant review but deny relief.

